Same case below, 418 Fed. Appx. 608.

Same case below, 431 Fed. Appx. 225.

**No. 11-6373. Damon Hudson, Petitioner v. Blaine Lafler, Warden.**

565 U.S. 988, 132 S. Ct. 524, 181 L. Ed. 2d 368, 2011 U.S. LEXIS 7822, 

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 421 Fed. Appx. 619.

**No. 11-6381. Elizabeth Webster, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

565 U.S. 988, 132 S. Ct. 524, 181 L. Ed. 2d 368, 2011 U.S. LEXIS 7879.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 428 Fed. Appx. 976.

**No. 11-6382. Christopher Eugene Brown, Petitioner v. Georgia.**

565 U.S. 989, 132 S. Ct. 524, 181 L. Ed. 2d 368, 2011 U.S. LEXIS 7832.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Georgia denied.

Same case below, 289 Ga. 259, 710 S.E.2d 751.

**No. 11-6388. Jamin Mazyck, Petitioner v. Robert M. Stevenson, Warden.**

565 U.S. 989, 132 S. Ct. 524, 181 L. Ed. 2d 368, 2011 U.S. LEXIS 7760.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-6396. Edward Goodman, Petitioner v. John Kerestes, Superintendent, State Correctional Institution at Mahanoy.**

565 U.S. 989, 132 S. Ct. 524, 181 L. Ed. 2d 368, 2011 U.S. LEXIS 7840.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6398. Darrell J. Harper, Petitioner v. United States.**

565 U.S. 989, 132 S. Ct. 524, 181 L. Ed. 2d 368, 2011 U.S. LEXIS 7723.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6407. Dennis Horton, Petitioner v. John C. Thomas, Superintendent, State Correctional Institution at Chester, et al.**

565 U.S. 989, 132 S. Ct. 525, 181 L. Ed. 2d 368, 2011 U.S. LEXIS 7893.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6416. Ruben Lee Russell El-Amin, Petitioner v. United States.**

565 U.S. 989, 132 S. Ct. 525, 181 L. Ed. 2d 368, 2011 U.S. LEXIS 7903.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.